Taylor,
 
 Judge.
 

 A nonsuit is within the equity of the sixth section of the act of limitations, and I think the case of an abatement by death is within that of the 99.th section of the court íaw. But I differ from both the gentlemen with respect to
 
 the mode
 
 of obtaining costs from the estate of the plaintiff. A process in the nature of a
 
 see. fa.
 
 ought to issue to bring in the representatives, and the judgment should be entered against them before the execution issues.
 

 Referred to the Court of Conference.
 

 Note.
 
 Executors pay costs in this country, because the
 
 party
 
 in whose favor judgment shall be given, shall be entitled to costs. That must be from his adversary, whoever he be.